AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Optikam Tech Inc., <br><br> *Plaintiff(s)* <br> v. <br> American Bright Signs, Inc. (dba ACEP USA), ACEP Group, and ACEP France, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:23-cv-23597-RAR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* American Bright Signs, Inc. (dba ACEP USA)
80 SW 8th St, STE 2000, Miami, FL, 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Gillenwater, Esq. [FL Bar #1013518]
GREENBERG TRAURIG, P.A
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Email: GillenwaterJ@gtlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Sep 20, 2023

*s/ R. Bissainthe*
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Optikam Tech Inc., <br><br> *Plaintiff(s)* <br> v. <br> American Bright Signs, Inc. (dba ACEP USA), ACEP Group, and ACEP France, <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-23597-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ACEP Group
88 rue Jouffroy d'Abbans, Paris, France 75017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Gillenwater, Esq. [FL Bar #1013518]
GREENBERG TRAURIG, P.A
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Email: GillenwaterJ@gtlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  09/20/2023

Angela E. Noble
Clerk of Court

*s/ R. Bissainthe*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Optikam Tech Inc., <br><br> *Plaintiff(s)* <br> v. <br> American Bright Signs, Inc. (dba ACEP USA), ACEP Group, and ACEP France, <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-23597-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ACEP France
88 rue Jouffroy d'Abbans, Paris, France 75017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James E. Gillenwater, Esq. [FL Bar #1013518]
GREENBERG TRAURIG, P.A
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: (305) 579-0500
Email: GillenwaterJ@gtlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  09/20/2023



Angela E. Noble
Clerk of Court

SUMMONS

*s/ R. Bissainthe*
Deputy Clerk
U.S. District Courts