IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23597-RAR

Optikam Tech Inc.,

    *Plaintiff*,

vs.

American Bright Signs, Inc. (dba ACEP USA), ACEP Group, and ACEP France,

    *Defendants*.

_____/

**DEFENDANTS AMERICAN BRIGHT SIGNS, INC.,
ACEP GROUP, AND ACEP FRANCE'S CERTIFICATE OF
INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendants American Bright Signs, Inc. (dba ACEP USA), ACEP Group, and ACEP France (collectively "Defendants" or "ACEP"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order dated October 12, 2023 (DE 16), hereby file this certificate of interested parties and corporate disclosure statement.

**A.**     **Certificate of Interested Parties**

A list of all persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

(1)     Mr. Jean Philippe Sayag

(2)     Ms. Laurence Sayag

(3)     Mr. Guy Grillon

(4)     Mr. Benoit Grillon

(5)    BNP Paribas, a French corporation

(6)    American Bright Signs, Inc. (dba ACEP USA)

(7)    ACEP Group, a French corporation

(8)    ACEP France, a French corporation

**B.**    **Corporate Disclosure Statement**

ACEP states that:

(1)    Defendant ACEP Group does not have a parent company. Defendant ACEP Group discloses that BNP Paribas owns 10% or more of stock in Defendant ACEP Group.

(2)    Defendant ACEP Group is the parent company of Defendant ACEP France. No publicly held corporation owns 10% or more of stock in Defendant ACEP France.

(3)    Defendant ACEP France is the parent company of Defendant American Bright Signs, Inc. (dba ACEP USA). No publicly held corporation owns 10% or more of stock in Defendant American Bright Signs, Inc. (dba ACEP USA).

Dated:  November 2, 2023

By:  /s/Darlene Barron
Darlene Barron, Esq.
Florida Bar No. 108873
dbarron@lex188.com
William R. Trueba, Jr., Esq.
Florida Bar No. 117544
wtrueba@lex188.com

**TRUEBA & SUAREZ, PLLC**
7480 Bird Road, Suite 601
Miami, Florida 33155
Telephone: (305) 482-1001
Facsimile: (786) 516-2826

Siddhesh V. Pandit
(admitted *Pro Hac Vice*)
svp@maierandmaier.com
Michael R. Casey
(admitted *Pro Hac Vice*)
mrc@maierandmaier.com
Timothy J. Maier
(admitted *Pro Hac Vice*)
tjm@maierandmaier.com

**MAIER & MAIER PLLC**
345 South Patrick Street
Alexandria, Virginia 22314
Telephone: (703) 740-8322
Facsimile: (703) 991-7071

*Attorneys for Defendants ACEP USA, ACEP Group, and ACEP France*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: November 2, 2023

By: /s/Darlene Barron
Darlene Barron, Esq.
Florida Bar No. 108873